[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 96-2048

 ERICO DAVIAS,

 Plaintiff, Appellant,

 v.

 CLYDE GARRIGAN, ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF NEW HAMPSHIRE

 [Hon. Joseph A. DiClerico, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Campbell, Senior Circuit Judge, 
 and Boudin, Circuit Judge. 

 

Erico Davias on brief pro se. 
Paul M. Gagnon, United States Attorney, and T. David Plourde, 
Assistant United States Attorney, on brief for federal appellees.

 

 June 3, 1997
 

 Per Curiam. We agree, essentially for the reasons 

recited in the magistrate-judge's June 24, 1996 report (which

was later adopted by the district judge), that plaintiff's

various claims are subject to dismissal. The judgment is

modified simply to reflect that a portion of plaintiff's

claims--i.e., those that are barred by Heck v. Humphrey, 512 

U.S. 477 (1993), and those that set forth pendent state-law

claims--are dismissed without prejudice. The remaining 

claims are dismissed with prejudice.  

 The judgment, as modified, is affirmed. 

 -2-